550 A.2d 198

**Paul P. SLAWEK, M.D., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, STATE BOARD OF MEDICAL EDUCATION & LICENSURE.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1988.

Decided Nov. 15, 1988.

F. Emmett Fitzpatrick, III, Philadelphia, for appellant.

Kenneth E. Brody, Asst. Counsel, Harrisburg, Joyce McKeever, Chief Counsel, Bureau of Prof. & Occup. Affairs, Velma A. Boozer, Chief Counsel, Dept. of State, Harrisburg, John F. Alcorn, State Bd. of Medicine, Sigel, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Case remanded to Commonwealth Court for consideration of the merits. The stay is hereby continued.

PAPADAKOS, J., dissents.